IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LEVI ROMERO,

    Plaintiff,

vs.                                                                  No. CIV 14-0805 JB/SCY

SPEIZER, INC., d/b/a Pongas Pool Hall; and
JAMES CAMPBELL,

    Defendants.

## FINAL JUDGMENT

    **THIS MATTER** comes before the Court on the Stipulated Order of Dismissal, filed April 30, 2015 (Doc. 29)("Order").  In the Order, the Court dismissed Plaintiff Levi Romero's case against Defendants Speizer, Inc. and James Campbell.  See Order at 1.  There being no more claims or case before the Court, final judgment is appropriate..

    **IT IS ORDERED** that: (i) Plaintiff Levi Romero's case against Defendants Speizer, Inc. and James Campbell is dismissed; and (ii) final judgment is entered.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

Les W. Sandoval
Albuquerque, New Mexico

--and--

Jennie Deden Behles
Deborah L. Moore
Behles Law Firm
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

- 2 -

Daniel J. O'Brien
O'Brien & Ulibarri PC
Albuquerque, New Mexico

    *Attorneys for the Defendants*